**FILED**
CLERK, U.S. DISTRICT COURT

March 17, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:            DATE:     DEPUTY CLERK:
Plaintiff    3/17/15      klh

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED, <br><br> Plaintiff, <br><br> vs. <br><br> SON LE, M.D., et al., <br><br> Defendants. | Case No. SACV 14-1325-DSF (RNB) <br><br> ORDER TO SHOW CAUSE |

On November 3, 2014, the Court issued a Case Management and Scheduling Order herein, which <u>inter alia</u> required each party to serve and file a status report no later than March 4, 2015. The Court's Order specified the information that the status reports were to contain. Although defendants filed their Status Report on March 3, 2015, plaintiff has failed to file a status report as ordered.

Accordingly, on or before **April 17, 2015**, plaintiff is ORDERED to show good cause, if any he has, why he failed to timely file a status report in accordance with the Court's Case Management and Scheduling Order, and why this action should not be dismissed for failure to comply with a Court order and/or failure to prosecute. Plaintiff shall attempt to show such good cause by filing a declaration under penalty of perjury, accompanied by a status report containing all of the information required by the Court's Case Management and Scheduling Order.

1       The Court admonishes plaintiff that his failure to timely file a declaration
2 responsive to this Order to Show Cause accompanied by his status report will be
3 deemed by the Court as another violation of a Court order and as further evidence of
4 his lack of prosecution, and will result in a recommendation to the District Judge that
5 the action be dismissed on those grounds. See Link v. Wabash R.R. Co., 370 U.S.
6 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734, reh'g denied, 371 U.S. 873, 83
7 S. Ct. 115, 9 L. Ed. 2d 112 (1962); Fed. R. Civ. P. 41(b).

DATED: March 17, 2015

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE