O

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED,<br><br>   Plaintiff,<br><br>vs.<br><br>SON LE, MD, et al.,<br><br>   Defendants. | Case No. SACV 14-1325-DSF (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Defendants' motion for summary judgment is Granted.

DATED: 12-16-15

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE