JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 18 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD S. KINDRED,

        Plaintiff,

  vs.

SON LE, MD, et al.,

        Defendants.

Case No.  SACV 14-1325-DSF (KES)

**J U D G M E N T**

     Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge, Judgment is hereby entered in favor of Defendants.

DATED:  12-16-15

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE