O

FILED
CLERK, U.S. DISTRICT COURT

February 2, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JD___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KINDRED,<br><br>        Plaintiff,<br><br>    vs.<br><br>SON LE, M.D. et al.,<br><br>        Defendants. | Case No. SACV 14-01325-DSF (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered GRANTING Defendants' Motion for Summary Judgment.

DATED:   2/1/16

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE