JS-6

FILED
CLERK, U.S. DISTRICT COURT

February 2, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KINDRED, <br><br> Plaintiff, <br> vs. <br><br> SON LE, M.D. et al., <br><br> Defendants. | Case No. SACV 14-01325-DSF (KES) <br><br> **J U D G M E N T** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Defendants' Motion for Summary Judgment is GRANTED.

        2/1/16

DATED: _____

*Dale S. Fischer*
_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE